# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Calvin Beasley, Jr., <br><br>             Plaintiff(s), <br><br> v. <br><br> G. Depaulis, et al., <br><br>             Defendant(s). | 2:22-cv-01533-JAD-VCF <br><br> **ORDER** |

Before the court is plaintiff's letter requesting status of his case. (ECF No. 7).

Accordingly,

The Clerk of Court is directed to mail plaintiff a copy of the docket sheet.

DATED this 7th day of September 2023.

                                                                              CAM FERENBACH <br>
                                                                              UNITED STATES MAGISTRATE JUDGE